UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
THE NEW YORK STATE NURSES ASSOCIATION, :
:
:
Plaintiff, :
:   20-CV-3122 (JMF)
-v- :
:   ORDER
:
MONTEFIORE MEDICAL CENTER, :
:
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 20, 2020, the New York States Nurses Association filed this lawsuit and an emergency motion for injunctive relief against Montefiore Medical Center ("Montefiore"). *See* ECF No. 5 ("Motion"). The Court will hold a telephone conference tomorrow, **April 21, 2020, at 3:00 p.m.**, to address how to proceed. To access the conference, counsel should call 888-363-4749 and use access code 5421540#. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.) Counsel should be sure to consult the Court's Emergency Individual Rules and Practices, available on the Court's website https://www.nysd.uscourts.gov/hon-jesse-m-furman, and comply with the rules regarding conferences.

      Defense counsel shall promptly enter a notice of appearance on ECF. Further, no later than **April 21, 2020, at 10:00 a.m.**, Montefiore shall submit a letter brief setting forth its preliminary views with respect to Plaintiff's claims and Motion and how the Court should proceed.

      SO ORDERED.

Dated: April 20, 2020
      New York, New York
                                                    JESSE M. FURMAN
                                                United States District Judge